■ KENNETH BAIKO, Respondent, v LINDA BAIKO, Appellant, et al., Defendant

The court erred in granting summary judgment on the record herein. Under the circumstances, a hearing is required to determine the equitable considerations involved in partition of the former marital residence *(see, Ripp v Ripp,* 38 AD2d 65, *affd* 32 NY2d 755) and factual disputes exist which preclude summary judgment *(see, Gasko v Del Ventura,* 96 AD2d 896, *appeal dismissed* 61 NY2d 669; *cf., Schechter v Schechter,* 73 AD2d 614). Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.